1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT FOR THE

8

NORTHERN DISTRICT OF CALIFORNIA

9

SAN FRANCISCO DIVISION

10  UNITED STATES OF AMERICA and        )
    CHUNG NGO, Revenue Agent,           )
11                                      )     NO. CV 10-1277 MHP
                   Petitioners,         )
12                                      )
           v.                           )     ORDER ENFORCING SUMMONS
13                                      )
    RICHARD IVALDI,                     )
14                                      )
                   Respondent.          )
15  _____  )

16          This case having come on for hearing on **May 10, 2010**, at 2 p.m., upon the return of an

17  Order to Show Cause heretofore issued by this Court, and the Court having considered the record

18  herein, including the Verified Petition To Enforce Internal Revenue Service Summons, it is

19  hereby:

20          **ORDERED** that respondent, RICHARD IVALDI, shall appear before Revenue Agent

21  CHUNG NGO, or any other designated agent, on May ___, 2010, at 9:00 a.m., at the Offices of

22  the Internal Revenue Service located at 777 Sonoma Avenue, Room #112, Santa Rosa, California

23  and then and there give testimony relating to the matters described in the subject Internal

24  Revenue Service summons, a copy of which is attached hereto as **Exhibit A** and produce for the

25  Revenue Officer's inspection and copying respondent's records also described in the subject

26  Internal Revenue Service summons.

27

28  **ORDERED** this _10th_ day of ___May___, at San Francisco, California.

                              _____
                              UNITED STATES DISTRICT JUDGE



# Summons

In the matter of  Richard Ivaldi

Internal Revenue Service (Division):  Small Business/Self-Employed

Industry/Area (name or number):  Area 7

Periods:  Calendar years ending December 31, 2002 through December 31, 2008

## The Commissioner of Internal Revenue

**To:**  Richard Ivaldi

**At:**  642 Middle Rincon Road, Santa Rosa, CA 95409

You are hereby summoned and required to appear before  Chung Ngo, Internal Revenue Agent
an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

In the matter of 2002, 2003, 2004, 2005, 2006, 2007, and 2008 U.S. Individual Income Tax Returns (See attached)

**Do not write in this space**

**Business address and telephone number of IRS officer before whom you are to appear:**

777 Sonoma Ave, Room #112, Santa Rosa, CA 95404   707-535-3849

**Place and time for appearance at**  777 Sonoma Ave, Room #112, Santa Rosa, CA 95404

## IRS

**Department of the Treasury
Internal Revenue Service**

**www.irs.gov**

Form 2039 (Rev. 12-2008)
Catalog Number 21405J

on the ___8th___ day of ___February___  ___2010___ at __9:00__ o'clock __a__ m.

Issued under authority of the Internal Revenue Code this __25th__ (year) day of ___January___  ___2010___
                                                                                              (year)

_____
Signature of issuing officer                         Internal Revenue Agent - 0685203
                                                                     Title

_____
Signature of approving officer (if applicable)      Acting Group Manager - 0684722
                                                                     Title

**EXHIBIT A**

Original — to be kept by IRS