1

2

3

4        **IN THE UNITED STATES DISTRICT COURT FOR THE**

5            **NORTHERN DISTRICT OF CALIFORNIA**

6                **SAN FRANCISCO DIVISION**

7   UNITED STATES OF AMERICA and          )
    CHUNG NGO, Revenue Agent,             )          **No. C-10-1277-MHP**
8                                         )
              **Petitioners,**           )
9                                         )
         **v.**                          )
10                                        )          ~~[Proposed]~~
    **RICHARD IVALDI,**                   )          **ORDER TO SHOW CAUSE**
11                                        )
              **Respondent.**            )
12  _____)

13       THIS MATTER came before the Court on June 28, 2010, for a status hearing to

14  determine whether Respondent Richard Ivaldi had complied with this Court's Order Enforcing

15  Summons, dated May 20, 2010, which ordered the Respondent to appear, testify and produce

16  documents to Internal Revenue Service Revenue Agent Chung Ngo on June 7, 2010, in response

17  to an administrative Internal Revenue Service Summons served upon the Respondent on January

18  25, 2010.  Petitioner Ngo appeared at the hearing.  Respondent Richard Ivaldi did not appear at

19  the June 28, 2010 hearing.

20       The Court having read and considered the papers and files in this case, and having heard

21  and considered any arguments and evidence presented by the parties at the hearing, and for good

22  cause shown,

23       **THE COURT HEREBY FINDS** that pursuant to the May 20, 2010 Order Enforcing

24  Summons, the Respondent, Richard Ivaldi, was ordered to appear before Revenue Agent Chung

25  Ngo on June 7, 2010, to provide testimony and documents responsive to an administrative

26  Internal Revenue Service Summons served upon the Respondent on January 25, 2010.  The

27  Respondent did not appear before Agent Ngo on June 7, 2010, as ordered, and failed to provide

28  any oral testimony or produce any documents or records in response to the underlying summons,

1   and such failures continue to date.  The Petitioners have established by clear and convincing

2   evidence that the Respondent has failed to fully comply with the Court's May 10, 2010, Order

3   Enforcing Summons, fulfilling their burden to make a prima facie showing of contempt. United

4   States v. Rylander, 714 F.2d 996, 1001 (9th Cir. 1983).

5        **THE COURT HEREBY FINDS** that though the Respondent was provided with an

6   opportunity to establish why he was unable to presently comply with the Court's Order, the

7   Respondent failed to provide any evidence of his present inability to comply.  He has, therefore,

8   failed to meet his burden of proof.

9        Accordingly,

10       **IT IS HEREBY ORDERED** that the Respondent, Richard Ivaldi, appear before this

11   Court on **August 2, 2010, at 3:00 p.m.**, to show cause, if any, why Respondent Richard Ivaldi

12   should not be held in contempt of this Court for his failure to comply with this Court's Order

13   Enforcing Summons.

14       **IT IS FURTHER ORDERED** that the Respondent, Richard Ivaldi, appear before this

15   Court on **August 2, 2010, at 3:00 p.m.**, and provide any oral testimony and to produce

16   documents and records in response to the underlying summons.

17       **IT IS FURTHER HEREBY ORDERED** that if the Respondent, Richard Ivaldi, fails to

18   fully comply with the Court's May 10, 2010 Order Enforcing Summons by failing to either

19   appear before an agent of the Internal Revenue Service, provide full and complete oral

20   testimony, or produce all records responsive to the underlying administrative IRS summons to

21   this Court on or before August 2, 2010, he shall immediately thereafter be arrested by the United

22   States Marshals pursuant to this Court's bench warrant, and imprisoned until he fully complies

23   with the Court's May 10, 2010 Order Enforcing Summons.

24       **ORDERED** this __1st____ day of ____July_____, 2010.

25

26                                        _____

27                                        HONORABLE MARILYN H. PATEL
                                          United States District Judge

28

[Proposed] Order to Show
Cause, US et al. v. Ivaldi,
Case No. 10-1277-MHP                    2



IT IS SO ORDERED

Judge Marilyn H. Patel