MELINDA HAAG (CABN 132612)
United States Attorney
THOMAS MOORE (ALBN 4305-O78T)
Assistant United States Attorney
Chief, Tax Division
CYNTHIA STIER (DCBN 423256)
Assistant United States Attorney
  11th Floor Federal Building
  450 Golden Gate Avenue, Box 36055
  San Francisco, California 94102
  Telephone: (415) 436-7000
Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and CHUNG NGO, Revenue Agent, <br><br> Petitioners, <br><br> v. <br><br> RICHARD IVALDI, <br><br> Respondent. | NO. CV 10-1277 EMC <br><br> NOTICE OF DISMISSAL AND [PROPOSED] ORDER |

    Petitioners, United States of America and Chung Ngo, Revenue Agent, hereby advise the Court that respondent, Richard Ivaldi, has provided the IRS with sufficient records such that it no longer seeks enforcement of the subpoena. Accordingly, the United States of America asks that this matter be dismissed pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

    MELINDA HAAG
    United States Attorney

    /s/ Cynthia Stier
    CYNTHIA STIER
    Assistant United States Attorney
    Tax Division

## ORDER

Upon the request of the petitioners and pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, this action is hereby dismissed.

**ORDERED** this ___11th___ day of ___January___, 2012, at San Francisco, California.



_____
EDWARD M. CHEN
District Judge

.

Notice of Dismissal and [Proposed] Order,
US v. Richard Ivaldi, (No. 10-1277)            2