MELINDA HAAG (CABN 132612)
United States Attorney
THOMAS MOORE (ALBN 4305-O78T)
Assistant United States Attorney
Chief, Tax Division
CYNTHIA STIER (DCBN 423256)
Assistant United States Attorney
 11th Floor Federal Building
 450 Golden Gate Avenue, Box 36055
 San Francisco, California 94102
 Telephone: (415) 436-7000
Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and CHUNG NGO, Revenue Agent, <br><br>  Petitioners, <br><br> v. <br><br> RICHARD IVALDI, <br><br>  Respondent. | NO. CV 10-1277 EMC <br><br> NOTICE OF DISMISSAL AND [PROPOSED] ORDER |

Petitioners, United States of America and Chung Ngo, Revenue Agent, hereby advise the Court that respondent, Richard Ivaldi, has provided the IRS with sufficient records such that it no longer seeks enforcement of the subpoena. Accordingly, the United States of America asks that this matter be dismissed pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

                                              MELINDA HAAG
                                              United States Attorney

                                              /s/ Cynthia Stier
                                              CYNTHIA STIER
                                              Assistant United States Attorney
                                              Tax Division

## ORDER

Upon the request of the petitioners and pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, this action is hereby dismissed.

**ORDERED** this  11th  day of  January , 2012, at San Francisco, California.



_____
EDWARD M. CHEN
United States District Judge

.

Notice of Dismissal and [Proposed] Order,
US v. Richard Ivaldi, (No. 10-1277)                2